A. Weil and Mertil Luikert, as trustees, and Rosalie L. Hill. No opinion. Order affirmed, with $10 costs and disbursements.

---

BELASCO, Appellant, v. WATANA, Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by David Belasco against Onoto Watana. D. Gerber, for appellant. A. E. Blackmar, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BELL, Respondent, v. MANHEIM et al., Appellants. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by William R. Bell against Jacob Manheim and another. J. Manheim, in pro. per. A. B. Bunnell, for respondent. No opinion. Judgment and order affirmed, with costs.

---

BERBERICH, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by William Berberich against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, J., not voting.

---

In re BIEBER. (Supreme Court, Appellate Division, First Department. May 22, 1903.) In the matter of Joseph Bieber. No opinion. Motion denied.

---

In re BIEBER. (Supreme Court, Appellate Division, First Department. June 12, 1903.) In the matter of Joseph Bieber. No opinion. Motion denied.

---

BINGHAM, Appellant, v. CLYDE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Melville R. Bingham against George A. Clyde and another. No opinion. Judgment and order affirmed, with costs.

---

BIRNSTEIN v. STUYVESANT INS. CO. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Max Birnstein against the Stuyvesant Insurance Company. No opinion. Motion denied.

---

BLACK v. VANDERBILT. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by E. Martin Black against William K. Vanderbilt. No opinion. Motion denied.

---

BLEY, Respondent, v. VILLAGE OF HAMBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Application of Charles F. Bley against the village of Hamburg. No opinion. Judgment and orders affirmed, with costs.

---

BOCK, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Louis C. Bock against the Manhattan Railway Company. S. Babcock, for appellant. G. C. Lay, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $1,600, and by reducing the judgment as entered for rental damage, interest, costs, allowance, etc., to the sum of $1,663.05, and, as modified, affirmed, without costs.

---

BOODY et al., Respondents, v. COCKCROFT, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by David A. Boody, Charles W. McLellan, and Henry T. Boody against John V. Cockcroft. No opinion. Order affirmed, with $10 costs and disbursements.

---

BOOTH, Appellant, v. FORDHAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Edward R. Booth against Carrie H. Fordham and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that upon all the evidence plaintiff was entitled to go to the jury upon the various issues involved.

---

BOWERS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Frank H. Bowers against the city of New York. T. Farley, for appellant. C. L. Guy, for respondent. No opinion. Judgment and order affirmed, with costs.

---

BOWERS, Respondent, v. MALE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by John M. Bowers, as receiver, against William H. Male and others. F. D. Pollock, for appellants. G. Zabriskie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BOYLE, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Amelia V. Boyle against the Con-